O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS REESE,<br><br>             Plaintiff,<br>     v.<br>SPRINT NEXTEL CORP.,<br><br>             Defendant. | Case No. 2:13-cv-3811-ODW(PLAx)<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

The scheduling conference in this matter, currently for October 7, 2013 (ECF No. 21), is hereby **CONTINUED to October 28, 2013, at 1:30 p.m.**, to coincide with the scheduling conference in the related *Reese* cases.  The parties' joint Rule 26(f) conference is therefore due no later than October 21, 2013.

**IT IS SO ORDERED.**

August 20, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**