O

# United States District Court
# Central District of California

| | |
|---|---|
| MORRIS REESE,<br><br>            Plaintiff,<br><br>     v.<br><br>SPRINT NEXTEL CORPORATION,<br><br>            Defendant. | Case No. 2:13-cv-3811-ODW(PLAx)<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT [49]** |

Before the Court is Defendant Sprint Nextel Corporation's Request for Leave to File Motion for Summary Judgment.  (ECF No. 49.)  The proposed motion for summary judgment would be based solely on the affirmative defense of laches.  This case is part of the related *Reese Cases* before this Court.  Similar Requests have been made and granted in all of the other *Reese* Cases.  The Court finds that a motion for summary judgment on the issue of laches is proper in this case as well.  Accordingly, the Court **GRANTS** Sprint's Request for Leave to File Motion for Summary Judgment. (ECF No. 49.)

All of the summary-judgment motions in the *Reese Cases* will be noticed for hearing on **Monday, April 14, 2014, at 1:30 p.m.**  All briefing shall comply with the Federal Rules of Civil Procedure, the Central District of California's Local Rules, and

all scheduling and case management orders issued by this Court. Plaintiff may file a single opposition to all of the motions, if he so chooses—but the page limitations set forth by this Court and the Local Rules still apply.

**IT IS SO ORDERED.**

March 11, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**