1   BROWN WHITE & NEWHOUSE LLP
    GEORGE B. NEWHOUSE, JR (SBN 107036)
2   HENRY WHITEHEAD (SBN 284676)
    333 South Hope Street, 40th Floor
3   Los Angeles, California 90071-1406
    Telephone:  213. 613.0500
4   Facsimile:  213.613.0550

5   Attorneys for Defendants
    Sprint Nextel Corp. and Verizon Wireless Servs. LLC

6

7

8                  **UNITED STATES DISTRICT COURT**                    JS-6

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10                 **WESTERN DIVISION – LOS ANGELES**

11

12  MORRIS REESE,                          Case No. 2:13-cv-3811-ODW(PLAx)-*

13            Plaintiff,                    **JUDGMENT**

14        v.                               **ALL CASES**

15  SPRINT NEXTEL CORP.,

16            Defendant.

17  MORRIS REESE,                          Case No. 2:13-cv-5196-ODW(PLAx)

18            Plaintiff and Counter-
                  defendant,
19
    v.
20
    TRACFONE WIRELESS, INC.,
21
              Defendant and
22            Counterclaimant.

23

24

25

26

27

28

                                          1
                                                              [PROPOSED] JUDGMENT
116607.1

1    MORRIS REESE,                                    Case No. 2:13-cv-5197-ODW(PLAx)

2                      Plaintiff and Counter-
                        defendant,
3
      v.
4
      VERIZON WIRELESS SERVS. LLC,
5
                      Defendant and
6                     Counter-claimant.

7    MORRIS REESE,                                    Case No. 2:13-cv-5198-ODW(PLAx)

8                      Plaintiff and Counter-
9                       defendant,

10    v.

11    AT&T MOBILITY II LLC,

12                     Defendant and
                       Counter-claimant.
13
                                                      Case No. 2:13-cv-5199-ODW(PLAx)
14    MORRIS REESE,

15                     Plaintiff,

16    v.

17    T-MOBILE USA,

18                     Defendant.

19

20          In light of the Court's orders granting the respective defendant's motions for

21    summary judgment in *Reese v. Sprint Nextel Corp.*, Case No. 2:13-cv-3811-

22    ODW(PLAx) (C.D. Cal. May 9, 2014) (ECF No. 76), *Reese v. TracFone Wireless,*

23    *Inc.*, Case No. 2:13-cv-5196-ODW(PLAx) (C.D. Cal. May 9, 2014) (ECF No. 38),

24    *Reese v. Verizon Wireless Servs. LLC*, Case No. 2:13-cv-5197-ODW(PLAx) (C.D.

25    Cal. May 9, 2014) (ECF No. 42), *Reese v. AT&T Mobility II LLC*, Case No. 2:13-

26    cv-5198-ODW(PLAx) (C.D. Cal. May 9, 2014) (ECF No. 36), and *Reese v. T-*

27    *Mobile USA*, Case No. 2:13-cv-5199-ODW(PLAx) (C.D. Cal. May 9, 2014) (ECF

28    No. 40), and considering the Parties' representations in their May 30, 2014 Joint

[PROPOSED] JUDGMENT

1660307.1

Status Report, *Reese v. Sprint Nextel Corp.*, Case No. 2:13-cv-3811-ODW(PLAx) (C.D. Cal.)

**IT IS HEREBY ORDERED:**

1.    Plaintiff Morris Reese shall take nothing;

2.    Judgment for each of the Defendants in each of the following related cases:

    a.    Sprint Nextel Corp. (2:13-cv-3811-ODW(PLAx));

    b.    TracFone Wireless, Inc. (2:13-cv-5196-ODW(PLAx));

    c.    Verizon Wireless Services LLC (2:13-cv-5197-ODW(PLAx));

    d.    AT&T Mobility II LLC (2:13-cv-5198-ODW(PLAx)); and

    e.    T-Mobile USA (2:13-cv-5199-ODW(PLAx)).

3.    Defendants' counterclaims are dismissed without prejudice.

4.    The Clerk of Court shall close this case.

**IT IS SO ORDERED**

Dated:  September 23, 2014

_____
Honorable Otis D. Wright II
United States District Judge

3

[PROPOSED] JUDGMENT

16607.1