IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION—LOS ANGELES

| | |
|---|---|
| MORRIS REESE,<br><br>    Plaintiff,<br>v.<br><br>SPRINT NEXTEL CORP.,<br><br>    Defendant. | Case No. CV13-03811-ODW (PLAx)<br><br>**JUDGMENT**<br><br>**ALL CASES**<br><br>Judge: Hon. Otis D. Wright II<br>Courtroom: 11 |
| MORRIS REESE,<br><br>    Plaintiff and Counter-defendant,<br>v.<br><br>TRACFONE WIRELESS, INC.,<br><br>    Defendant and Counterclaimant. | Case No. CV13-05196-ODW (PLAx)<br><br>**JUDGMENT**<br><br>**ALL CASES**<br><br>Judge: Hon. Otis D. Wright II<br>Courtroom: 11 |

| | |
|---|---|
| MORRIS REESE,<br><br>    Plaintiff and Counter-defendant,<br>v.<br><br>VERIZON WIRELESS SERVS LLC,<br><br>    Defendant and Counterclaimant. | Case No. CV13-05197-ODW (PLAx)<br><br>**JUDGMENT**<br><br>**ALL CASES**<br><br>Judge: Hon. Otis D. Wright II<br>Courtroom: 11 |
| MORRIS REESE,<br><br>    Plaintiff and Counter-defendant,<br>v.<br><br>AT&T MOBILITY II LLC,<br><br>    Defendant and Counterclaimant. | Case No. CV13-05198-ODW (PLAx)<br><br>**JUDGMENT**<br><br>**ALL CASES**<br><br>Judge: Hon. Otis D. Wright II<br>Courtroom: 11 |
| MORRIS REESE,<br><br>    Plaintiff,<br>v.<br><br>T-MOBILE USA,<br><br>    Defendant. | Case No. CV13-05199-ODW (PLAx)<br><br>**JUDGMENT**<br><br>**ALL CASES**<br><br>Judge: Hon. Otis D. Wright II<br>Courtroom: 11 |

## **FINAL JUDGMENT**

On April 9, 2018, the Court granted Defendants' Motion for Summary Judgment under 35 U.S.C. § 101 (Sprint Dkt. #140). Because the Court's April 9, 2018 Order invalidated all claims that have been asserted in this action, the Court hereby enters judgment in favor of Defendants.

63397463.1

**IT IS HEREBY ORDERED**:

1. Plaintiff Morris Reese shall take nothing;

2. Judgment is entered on behalf of all of the Defendants in this, the lead case (Sprint Nextel Corp. (2:13-cv-3811-ODW(PLAx))), as well as in the following related cases:

   a. TracFone Wireless, Inc. (2:13-cv-5196-ODW(PLAx));

   b. Verizon Wireless Services LLC (2:13-cv-5197-ODW(PLAx));

   c. AT&T Mobility II LLC (2:13-cv-5198-ODW(PLAx)); and

   d. T-Mobile USA (2:13-cv-5199-ODW(PLAx));

3. Defendant AT&T Mobility II LLC's and T-Mobile USA's pending Motions to Amend are dismissed without prejudice (2:13-cv-5198-ODW-PLA, ECF No. 49; 2:13-cv-5199-ODW-PLA, ECF No. 60);

4. The Defendants' counterclaims are dismissed without prejudice;

5. All dates and deadlines are **VACATED**; and

6. The Clerk of the Court shall close each case pending resolution of any application for costs or fees.

**IT IS SO ORDERED.**

Dated: April 24, 2018

_____
The Honorable Otis D. Wright, II
United States District Judge

63397463.1